IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | No. C 09-00454 WHA |
| v. | |
| MALAYTHONG BUSH a/k/a MALAYTHONG SINGH, individually and d/b/a LUCKY PIZZA, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

The Court **CONTINUES** the case management, currently set for May 7, 2009, to **JUNE 4, 2009, AT 8:00 A.M.**, following plaintiff's motion for default judgment.

**IT IS SO ORDERED.**

Dated: April 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE