IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

    v.

MALAYTHONG BUSH a/k/a
MALAYTHONG SINGH, individually
and d/b/a LUCKY PIZZA,

    Defendants.
_____/

No. C 09-00454 WHA

**ORDER SETTING ASIDE DEFAULT, VACATING HEARING ON MOTION FOR DEFAULT JUDGMENT, AND RESCHEDULING CMC**

On April 1, 2009, the Clerk filed a notice of entry of default as to defendant Malaythong Bush, a/k/a Malaythong Sing, d/b/a Lucky Pizza. Thereafter, plaintiff filed a motion for a default judgment, and a hearing on the motion is currently scheduled for June 4, 2009. Defendant Bush, through counsel, has filed a motion to set aside the default and to quash the claimed service of process.

The proof of service filed with the Court indicates that service was executed in February 2009 by substituted service on an individual named Norbert Martinez, identified as a "co-occupant" at 7410 Amador Valley Boulevard, #A, in Dublin. Service was also executed by mail at the same address.

Defendant Bush indicates that she previously operated a business known as Lucky Pizza on Amador Valley Boulevard in Dublin, but that she sold the business approximately four years ago to Mr. Martinez, continued to work at the business for only one month thereafter, and has not owned, operated or worked at the business since that time. She has never resided at that

address. She indicates, moreover, that Mr. Martinez never informed her of this lawsuit and that she did not receive a copy of the summons and complaint until late April, when she received a copy from Mr. Martinez's attorney.

Rule 55(c) states that "[t]he court may set aside an entry of default for good cause, and it may set aside a default judgment under Rule 60(b)." Defendant Bush has provided good cause to set aside the Clerk's entry of default. The entry of default is hereby set aside, and plaintiff's motion for a default judgment is hereby **DENIED**. The hearing on plaintiff's motion for default judgment scheduled for June 4 is hereby **VACATED**.

A hearing on defendant's motion to quash the service of process is currently scheduled for **JUNE 25, 2009, AT 8:00 A.M**. Briefing on the motion must be filed in accordance with Civil Local Rule 7-3. Plaintiff must either timely respond to defendant's motion to quash the purported service, or properly serve defendant Bush and inform the Court that it has done so. The case management conference scheduled for June 4, 2009, is hereby rescheduled for **JUNE 25, 2009, AT 8:00 A.M**.

**IT IS SO ORDERED.**

Dated: June 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2