Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. CV 09-0454 WHA |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MALAYTHONG BUSH a/k/a MALAYTHONG SINGH, individually and d/b/a LUCKY PIZZA |
| vs. | |
| Malaythong Bush, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MALAYTHONG BUSH a/k/a MALAYTHONG SINGH, individually and d/b/a LUCKY PIZZA, that the above-entitled action is hereby dismissed **without prejudice** against MALAYTHONG BUSH a/k/a MALAYTHONG BUSH, individually and d/b/a LUCKY PIZZA subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

STIPULATION OF DISMISSAL
CV 09-0454 WHA
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 22, 2010

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: May 4, 2010

**SHEUERMAN, MARTINI & TABARI**
By:  Alan L. Martini
Attorneys for Defendant MALAYTHONG BUSH
a/k/a MALAYTHONG SINGH,
individually and d/b/a LUCKY PIZZA

**IT IS SO ORDERED**:

_____
The Honorable William
United
Nor

Dated: _____ May 6, 2010. _____

IT IS SO ORDERED
Judge William Alsup

STIPULATED DISMISSAL
CV 09-0454 WHA
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 22, 2010 I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MALAYTHONG BUSH a/k/a MALAYTHONG SINGH, individually and d/b/a LUCKY PIZZA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Alan L. Martini, Esquire           Attorneys for Defendants
SHEUERMAN, MARTINI & TABARI
1033 Willow Street
San Jose, CA 95125

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 22, 2010, at South Pasadena, California.

Dated: February 22, 2010

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 09-0454 WHA
PAGE 3