IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

  v.

MALAYTHONG BUSH a/k/a MALAYTHONG SINGH, individually and d/b/a LUCKY PIZZA,

    Defendants.
                          /

No. C 09-00454 WHA

**ORDER TO SHOW CAUSE**

Plaintiff Joe Hand Promotions, Inc. sued defendant Malaythong Bush for allegedly exhibiting at a commercial establishment a pay-per-view fight telecast to which plaintiff claims to have owned the exclusive domestic commercial exhibition rights. On May 5, 2010, plaintiff filed a stipulation of dismissal on the grounds that the parties had settled this action (Dkt. No. 39). Now plaintiff has filed a "motion to set aside settlement and reopen action" on the grounds that defendants have allegedly failed to honor the terms of the settlement agreement.

Pursuant to Civil Local Rule 7-3, any brief in opposition to plaintiff's motion was due on July 22, 2010, but no such opposition has been received. Defendant is ordered to respond by **AUGUST 3, 2010**, at noon, and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission

to file a late opposition. The hearing on August 12, 2010, is **VACATED**. A new hearing shall be noticed by the Court if necessary.

    **IT IS SO ORDERED.**

Dated: July 27, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE