IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

MALAYTHONG BUSH a/k/a MALAYTHONG SINGH, individually and d/b/a LUCKY PIZZA,

    Defendants.
                               /

No. C 09-00454 WHA

**ORDER SETTING ASIDE SETTLEMENT**

Plaintiff Joe Hand Promotions, Inc. sued defendant Malaythong Bush for allegedly exhibiting at a commercial establishment a pay-per-view fight telecast to which plaintiff claims to have owned the exclusive domestic commercial exhibition rights. On May 5, 2010, plaintiff filed a stipulation of dismissal on the grounds that the parties had settled this action (Dkt. No. 39). The order of dismissal retained the Court's jurisdiction to enforce the settlement until August 1, 2010, after which the dismissal was to be deemed with prejudice.

On July 1, 2010, plaintiff filed a "motion to set aside settlement and reopen action" on the grounds that defendants allegedly failed to honor the terms of the settlement agreement. Defendant's opposition to plaintiff's motion was due on July 22, 2010, but no opposition was received. Defendant was ordered to show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to

the motion as required by Civil Local Rule 7-3(b). Now defendant has filed a statement of nonopposition to the motion to set aside dismissal and reopen the action.

The motion to set aside the dismissal is **GRANTED**. A further case management conference shall be held on **AUGUST 12, 2010, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE