United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

MALAYTHONG BUSH a/k/a
MALAYTHONG SINGH, individually
and d/b/a LUCKY PIZZA,

    Defendants.
                             /

No. C 09-00454 WHA

**ORDER DISMISSING CASE AND TERMINATING JURISDICTION**

       The order of dismissal in this matter (Dkt. No. 40) retained jurisdiction to enforce the parties' settlement agreement until August 1, 2010. Before that time elapsed plaintiff filed a "motion to set aside settlement and reopen action" on the grounds that defendants have allegedly failed to honor the terms of the settlement agreement. Defendants filed a statement of nonopposition and the matter was reopened.

       A further case management conference was held on August 12, 2010. Plaintiff failed to appear. Because plaintiff has failed to diligently prosecute its case, this action is **DISMISSED**.

The Court shall not maintain jurisdiction to enforce a settlement agreement that is in place and under which payments have been made. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE